JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL H. JOHNSON III**, Plaintiff, v. **LUCENT-ALCATEL**, Defendant. | Case No.: CV 19-575 DMG (ADSx) <br><br> **JUDGMENT** |

The Court having granted Defendant Nokia of America Corporation's (erroneously sued as Lucent-Alcatel), motion to dismiss, with prejudice, by order dated July 24, 2019 [Doc. # 30],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Russell H. Johnson III.

DATED: July 24, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-